```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

MICHAEL MORRELL SANDERS                                    PLAINTIFF

    V.                    CIVIL NO. 06-2145

SHERIFF FRANK ATKINSON;
CAPT. MICHAEL CONGER;
LT. GAYLA JACKSON; NURSE
CRYSTAL REED; CPL. MIKE
RESTINE; SGT. KIM TAUBLEE;
SGT. JUSTIN RITTER; and
DR. TOM TINSMAN                                            DEFENDANTS

## ORDER

Now on this 21st day of December 2006, there comes on for consideration the report and recommendation filed herein on November 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). On November 30, 2006, the Court granted Plaintiff's motion for an extension of time to object to the report and recommendation until December 15, 2006. As of this date, the parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is dismissed against Separate Defendants Sheriff Frank Atkinson, Capt. Michael Conger, Lt. Gayla Jackson, Cpl. Mike Restine,

Sgt. Kim Taublee and Sgt. Justin Ritter on the grounds that the Complaint is frivolous and fails to state claims against these defendants. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). Service of the Complaint on Nurse Reed and Dr. Tinsman will be directed by separate order.

IT IS SO ORDERED this 21st day of December, 2006.

/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)