IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL MORRELL SANDERS                                PLAINTIFF

         v.                          Civil No. 06-2145

SHERIFF FRANK ATKINSON;
CAPT. MICHAEL CONGER;
LT. GAYLA JACKSON; NURSE
CRYSTAL REED; CPL. MIKE
RESTINE; SGT. KIM TAUBLEE;
SGT. JUSTIN RITTER; and
DR. TOM TINSMAN                                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael Morrell Sanders filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 17, 2006. He proceeds pro se and *in forma pauperis.*

On April 30, 2007, plaintiff filed a motion (Doc. 24) asking that the case be voluntarily dismissed. He indicated that after discovery he realized he had simply forgotten he had been exposed to Tuberculosis and treated with the medication known as INH at the Arkansas Department of Correction. Plaintiff states he did not understand when he filed the lawsuit that he would always test postive based on this prior exposure.

Because plaintiff's motion to dismiss (Doc. 24) was unsigned, the court entered an order (Doc. 26) directing the plaintiff to submit a signed motion to dismiss. Defendants filed a response (Doc. 25) indicating they had no objection to the voluntary dismissal of the case. On May 7th, the court received plaintiff's signed motion to dismiss (Doc. 27).

I therefore recommend that the plaintiff be allowed to voluntarily dismiss this action and that his motions to dismiss (Doc. 24 & Doc. 27) be granted.

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of May 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE