```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

MICHAEL MORRELL SANDERS                                PLAINTIFF

    v.                    Civil No. 06-2145

SHERIFF FRANK ATKINSON;
CAPT. MICHAEL CONGER;
LT. GAYLA JACKSON; NURSE
CRYSTAL REED; CPL. MIKE
RESTINE; SGT. KIM TAUBLEE;
SGT. JUSTIN RITTER; and
DR. TOM TINSMAN                                       DEFENDANTS

## ORDER

Now on this 5th day of June 2007, there comes on for consideration the report and recommendation filed herein on May 8, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28). No written objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motions to Dismiss (Docs. 24 & 27) are GRANTED, and this action is dismissed.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge